## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|   ) | |
| v.   ) | Crim. Action No. 16-195-1 (ABJ) |
|   ) | |
| MARVIN CARPENTER,   ) | |
|   ) | |
| Defendant.   ) | |
|   ) | |

## ORDER

On October 26, 2024, Magistrate Judge Zia M. Faruqui issued a Report and Recommendation [Dkt. #121] with respect to defendant's November 22, 2022 violation of the condition of supervised release that he not commit another federal, state, or local offense. [Dkt. # 109]. To date, no objections have been filed. The Court has reviewed Magistrate Judge Faruqui's report and his account of the defendant's subsequent adjustment while on supervision, and it hereby adopts the Report and Recommendation in its entirety.

It is therefore **ORDERED** that the Report and Recommendation [Dkt. # 121] is **ADOPTED** in its entirety;

it is **FURTHER ORDERED** that defendant's supervision is revoked based on the violation of supervised release set forth in the November 22, 2022 probation petition [Dkt. # 109]; and

it is **FURTHER ORDERED** that the defendant is sentenced to a period of time served for the violation, with no additional period of supervision.

AMY BERMAN JACKSON
United States District Judge

DATE:  November 8, 2024